1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

| **CLIFTON JAMES TERRELL, JR.,** | C 07-1457 SBA (PR) |
|---|---|
| Petitioner, | **ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |
| v. | |
| **D. L. RUNNELS, Warden,** | |
| Respondent. | |

17     GOOD CAUSE APPEARING, respondent is granted leave to file a memorandum of
18 points and authorities in support of the Answer to Petition for Writ of Habeas Corpus in excess of
19 25 pages.

20     DATED: 12/4/07

22                                  _____
                                    SAUNDRA BROWN ARMSTRONG
23                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLIFTON JAMES TERRELL JR,

    Plaintiff,

v.

D.L. RUNNELS et al,

    Defendant.

Case Number: CV07-01457 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifton J. Terrell V79508
High Desert State Prison
B3-223
P.O. Box 3030
Susanville, CA 96127-3030

Dated: December 4, 2007
Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2